**MARC E. JACOME**
California Bar No. 328406
**CARMEL ABUZAID**
Texas Bar No. 24132167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Marc_Jacome@fd.org

Attorneys for Defendant
HECTOR TORRES ESPINOZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE TODD W. ROBINSON)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HECTOR TORRES ESPINOZA,<br><br>　　　　　Defendant. | CASE NO.:   23-cr-0144-TWR<br><br>Hon. Todd W. Robinson<br>Date: May 5, 2023<br>Time: 2:00 p.m.<br><br>**MR. TORRES ESPINOZA'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTIONS BRIEFING IN EXCESS OF 25 PAGES** |

**TO:   RANDY S. GROSSMAN,** United States Attorney, and

　　　**DANIEL KENNETH GREENE,** Assistant United States Attorney:

　　**PLEASE TAKE NOTICE** that on May 5, 2023 at 2:00 p.m., or as soon thereafter as counsel may be heard, Defendant, Hector Torres Espinoza, through his attorneys, Marc E. Jacome, Carmel Abuzaid, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion:

/ / /

/ / /

/ / /

# **MOTION**

Defendant, Hector Torres Espinoza, by and through his attorneys, Marc E. Jacome, Carmel Abuzaid, and Federal Defenders of San Diego, Inc., asks this Court pursuant to Local Rule 47.1(e) for leave to file motions briefing in excess of 25 pages. Mr. Espinoza asks this Court to consider his Motion to Dismiss Under 8 U.S.C. § 1326(d) unique to the charge against him and pertaining to a complex factual record, all of which impact his substantial rights. Due to the complex facts and law underlying these motions, Mr. Espinoza's briefing cannot be contained within 25 pages. The motion is 30 pages with a one-page index.

Respectfully submitted,

Dated: April 14, 2023
*s/ Marc Jácome*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
HECTOR TORRES ESPINOZA
Email: Marc_Jacome@fd.org

Dated: April 14, 2023
*s/ Carmel Abuzaid*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Espinoza
Email: Carmel_Abuzaid@fd.org