

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR TORRES-ESPINOZA,<br><br>Defendant. | Case No. 23-cr-144-TWR-2<br><br>ORDER DENYING DEFENDANT'S MOTION; ORDER OF DETENTION |
|---|---|

On June 28, 2023, the Court held a Motion Hearing on Defendant's Motion to Revoke Magistrate Judge's Detention Order and Set Conditions of Release [ECF 65]. Assistant U.S. Attorney Daniel Greene appeared on behalf of the United States, and Carmel Abuzaid of Federal Defenders of San Diego, Inc. appeared on behalf of Defendant. In preparing for the hearing, the Court reviewed the parties' written submissions [ECF 65, 67, 68]. During the hearing, the parties supplemented the record with live testimony from Defendant's sister and mother [ECF 79]. The Court also considered remarks provided by pre-trial services and argument by the parties.

After conducting a *de novo* review of the record, the Court concludes that the United States has met its burden to show, by a preponderance of the evidence, that there is no condition or combination of conditions that will reasonably assure Defendant's appearance at future court dates. In reaching this conclusion, and for the reasons stated on the record, the Court made the following findings as to the 18 U.S.C. § 3142(g) factors.

1. 18 U.S.C. § 3142(g)(1) – The nature and circumstances of the offense weigh in favor of detention, even though the offense neither is a crime of violence, a violation of 18 U.S.C. § 1592, a Federal crime of terrorism, nor involved a minor victim or a controlled substance, firearm, explosive, or destructive device.

2. 18 U.S.C. § 3142(g)(2) – The weight of the evidence weighs in favor of detention. This is the least important factor.

3. 18 U.S.C. § 3142(g)(3) – The history and characteristics of Defendant.
   - Defendant's character weighs in favor of detention.[1]
   - Defendant's physical condition weighs in favor of release.[1]
   - Defendant's mental condition weighs in favor of detention.[1]
   - Defendant's family ties, which are to both Mexico and Oregon, weigh marginally in favor of release.[1]
   - Defendant's lack of employment weighs in favor of detention.[1]
   - Defendant's lack of financial resources weighs in favor of detention.[1]
   - Defendant's length of residence in the community weighs in favor of detention.[1]
   - Defendant's past conduct weighs in favor of detention.[1]
   - Defendant's history relating to drug abuse or alcohol abuse weighs in favor of detention.[1]
   - Defendant's criminal history weighs in favor of detention.[1]
   - Defendant's record concerning appearance at court proceedings is neutral.[1]
   - Defendant was not on probation, parole, or other release pending trial, sentencing, appeal, or the completion of a sentence for a criminal offense.[2] This factor weighs in favor of release.

4. 18 U.S.C. § 3142(g)(4) – There does not appear to be a risk of danger to any person or the community if Defendant were to be released. This factor weighs in favor of release.

---

[1] 18 U.S.C. § 3142(g)(3)(A).
[2] 18 U.S.C. § 3142(g)(3)(B).

IT IS HEREBY ORDERED that Defendant's Motion [ECF 65] is respectfully denied and that Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by counsel for the defense and for the United States.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 7/3/23

Honorable Todd W. Robinson
United States District Judge